**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00769-CMA-KLM

BORDER GATEWAY, L.L.C., and
ROBERT H. BAHME,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,
COFACE, N.A.,
ACCORDIA TRADE CREDIT, and
CONTINENTAL CASUALTY COMPANY,

    Defendants.

## ORDER GRANTING MOTION TO STAY PROCEEDINGS

This matter is before the Court on Defendant Wells Fargo Bank N.A.'s Unopposed Motion to Stay (Doc. # 13).  The Court, having reviewed the motion and good cause being shown, it is hereby

ORDERED that this action is STAYED pending full briefing and final ruling on Defendants' outstanding Motions To Dismiss (Doc. ## 4, 18 and 19).

DATED:  June   1st   , 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge