**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00769-CMA-KLM

BORDER GATEWAY, L.L.C., and
ROBERT H. BAHME,

      Plaintiffs,

v.

COFACE, N.A., and
CONTINENTAL CASUALTY COMPANY,

      Defendants.

---

## ORDER GRANTING MOTION TO DISMISS

---

      This matter is before the Court on Plaintiffs' Unopposed Motion to Dismiss (Doc. # 47).  Under Fed. R. Civ. P. 41(a)(2), the Court may dismiss an action at the plaintiff's request on terms that the Court considers proper.  As the motion is unopposed, and as no counterclaims are pending, the Court finds the terms proper and appropriate.  It is, therefore,

      ORDERED that Plaintiffs' Unopposed Motion to Dismiss (Doc. # 47) is GRANTED.  As indicated in the motion, this action is DISMISSED WITH PREJUDICE, each party to bear his or its own costs.  It is

FURTHER ORDERED that all outstanding motions, including Defendants' Motions to Dismiss (Doc. ## 18, 19) and Plaintiffs' Motion to Consolidate (Doc. # 38), are deemed MOOT.

DATED: January __04__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge